JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| XOCHILT ROSAS, as an individual; JONATHAN LESTED, an individual, | Case No.: 2:24-cv-01710-CBM-JC |
| | **JUDGMENT** |
| Plaintiff, | |
| v. | |
| COUNTY OF LOS ANGELES, DOES 1-100 inclusive,, | |
| Defendant. | |

Consistent with the Court's Order re: Defendant's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment; and Plaintiffs' Motions for Partial Summary Judgment, judgment is entered in favor of Defendant County of Los Angeles and against Plaintiffs Xochilt Rosas and Jonathan Lested on Plaintiffs' sole claim for violation of 29 U.S.C. § 207 of the Fair Labor Standards Act.

Dated: March 19, 2026.



The Honorable Consuelo B. Marshall
United States District Judge

1